**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:** <br><br> **JUAN JOSE BERRIOS BERRIOS** <br> Debtor(s) | **CASE NO.: 21-03045 (ESL)** <br><br> **CHAPTER: 13** |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

NOW COMES creditor **ORIENTAL BANK**, represented by the undersigned law firm and respectfully sets forth and prays as follows:

Pursuant to the provisions of Rule 9010(b) of the Rules of Bankruptcy Procedure, we hereby notify that the services of the undersigned law firm were retained.

Wherefore, the appearing party requests this Honorable Court to take notice of this appearance and to notify the undersigned attorney of all orders, judgments and resolutions entered and filed in the above captioned case.

In San Juan, Puerto Rico on the 19th day of November, 2021.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk using CM/ECF system, which will send notification of such filing to Debtor(s) attorney, the Chapter 13 Trustee and to all CM/ECF participants.

| */s/William Santiago-Sastre* <br> William Santiago-Sastre, Esq. <br> USDC PR 201106 <br> E-Mail: wssbankruptcy@gmail.com | */s/Wilmer Morales-Fonseca* <br> Wilmer Morales-Fonseca, Esq. <br> USDC PR 225213 <br> E-Mail: wmoralesfonseca@gmail.com |
|---|---|
| DE DIEGO LAW OFFICES, PSC <br> **Attorney for ORIENTAL BANK** <br> PO Box 79552, Carolina, PR 00984-9552 <br> Tel: 787-622-3939 ||